## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **VICTORIA MARGARITA TOLENTINO,** | * | |
| **Plaintiff,** | * | **Case No.:** |
| **v.** | * | |
| **TARGET CORPORATION,** | * | **(Superior Court Case No.: 2018 CA 007874 B)** |
| **Defendant.** | * | |

*     *     *     *     *     *     *     *     *     *     *     *     *

### NOTICE OF REMOVAL

Defendant, Target Corporation ("Target"), by its attorneys, Daniel R. Lanier, Jonathan J. Huber and Miles & Stockbridge P.C., gives notice to this Court pursuant to 28 U.S.C. Section 1441, et seq. that it is removing the above-captioned case, Superior Court Case No. 2018 CA 007874 B from the Superior Court of the District of Columbia.  In support of its action to remove, Target states:

### INTRODUCTION

1.      On or about November 3, 2018, Plaintiff, Victoria Margarita Tolentino, filed an action against Target in the Superior Court of the District Court of Columbia entitled Victoria Margarita Tolentino v. Target Corporation, Case No. 2018 CA 007874 B.

2.      Target was served on or about December 3, 2018 with a Summons, Initial Order and Addendum, and Complaint.  Copies of the Summons, Initial Order and Addendum, and Complaint are attached as Exhibit A.  No additional pleadings, orders, or other papers have been served upon Target by Plaintiff.

3.      This Notice of Removal is being filed within thirty (30) days after service upon

Target of a copy of the Complaint and Summons, and is timely filed under 28 U.S.C. Section 1446(b).

4.     A Notice of Filing of Notice of Removal has been filed with the Superior Court of the District of Columbia contemporaneously herewith.  A copy of that Notice is attached as Exhibit B.

## FACTS AND LAW SUPPORTING REMOVAL

5.     Plaintiff is a resident of the District of Columbia.

6.     Defendant Target is a Minnesota corporation with its principal place of business in Minnesota.

7.     The amount in controversy in this matter exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

8.     There is complete diversity of citizenship among the parties and this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. Section 1332.  Further, none of the parties joined and served as a defendant is a citizen of the District of Columbia.

9.     Pursuant to 28 U.S.C. Section 1446(a), true and legible copies of all process, pleadings, papers, and Orders which have been served upon Target in this matter are attached as Exhibit A.

**WHEREFORE**, Defendant, Target Corporation, respectfully request, based upon the allegations of this Notice of Removal, that this action is properly removable and requests that this court retain jurisdiction over the same.

4833-3809-1120, v. 1

Respectfully submitted,

**/s/ Daniel R. Lanier**

Daniel R. Lanier
Federal Bar No. MD04504
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 727-6464 (t)
(410) 385-3700 (f)
dlanier@milesstockbridge.com

**/s/ Jonathan J. Huber**

Jonathan J. Huber
Federal Bar No. 1014590
MILES & STOCKBRIDGE P.C.
1500 K Street NW
Suite 800
Washington, DC 20005
(202) 737-9600 (t)
(410) 385-3700 (f)
jhuber@milesstockbridge.com

Attorneys for Defendant,
Target Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of December, 2018, a copy of the foregoing

**NOTICE OF REMOVAL** was mailed first-class, postage prepaid, to:

William L. Kohler, Jr., Esquire
7307-B Hanover Parkway
Greenbelt, MD 20770

**/s/ Daniel R. Lanier**

Daniel R. Lanier

4833-3809-1120, v. 1

# EXHIBIT A

 CT Corporation

**Service of Process Transmittal**
12/03/2018
CT Log Number 534513707

**TO:**   Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

**RE:**   **Process Served in District of Columbia**

**FOR:**   Target Corporation  (Domestic State: MN)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Victoria Margarita Tolentino, Pltf. vs. Target Corporation, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint, Information Sheet |
| **COURT/AGENCY:** | Superior Court of the District of Columbia, DC<br>Case # 2018CA007874B |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 04/09/2018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Washington, DC |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/03/2018 postmarked on 12/03/2018 |
| **JURISDICTION SERVED :** | District of Columbia |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | William L. Kohler<br>7307-B Hanover Parkway<br>Greenbelt, MD 20770<br>301-982-3100 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/04/2018, Expected Purge Date: 12/09/2018 |
| | Image SOP |
| | Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>1015 15th St NW Ste 1000<br>Washington, DC 20005-2621<br>202-572-3133 |

Page 1 of  1 / AP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

LAW OFFICES
**SOSSLAU, KOHLER & SIMCOX**
7307 HANOVER PARKWAY, SUITE B
GREENBELT, MARYLAND 20770



CERTIFIED MAIL®

7017 1000 0001 1778 7043



CT CORPORATION
1015 15th Street, N.W.
Suite 1000
Washington, DC 20005

**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

## VICTORIA MARGATITA TOLENTINO

_____
Plaintiff

vs.

Case Number   2018 CA 007874 B

TARGET CORPORATION
Please Serve the Resident Agent
CT CORPORATE SYSTEM                     Defendant
1015 15th Street, N.W., Ste. 1000
Washington, D.C.   20005        **SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**WILLLIAM L. KOHLER, JR.**
_____
Name of Plaintiff's Attorney

**7307-B HANOVER PARKWAY**
_____
Address
GREENBELT, MD 20770

**301-982-3100**
_____
Telephone

Clerk of the Court

By _____
                        Deputy Clerk

Date _____ **11/28/2018** _____

如需翻譯，請打電話 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오    የትርጉም እርዳታ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR, IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

Filed
D.C. Superior Court
11/03/2018 16:39PM
Clerk of the Court

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

VICTORIA MARGARITA TOLENTINO        :
235 Emerson St., N.W., Apt.#206
Washington, D.C. 20011               :

                                     :

v.                                   :   Civil Action No.  2018 CA 007874 B

TARGET CORPORATION                   :
**Please Serve the Resident Agent:**
CT CORPORATE SYSTEM                  :
1015 15TH Street, N.W.
Suite 1000                           :
Washington, D.C. 20005

### COMPLAINT

1.     This action is within the jurisdiction of this Court pursuant to DC Code Section 11-921.

2.     That at all times relevant hereto, the Defendant Corporation, TARGET CORPORATION, by its agents, servants and/or employees operated a store to which the public was invited at 3100 14th Street, N.W., Washington, D.C., known as Target Store #21.

3.     That on or about April 9, 2018, Plaintiff, as an invitee, entered the premises for the purposes of shopping.

4.     That on that date, the Defendant Corporation did transact and carry on business in the District of Columbia by advertising therein, by managing and operating a store therein, and by promoting its name and goodwill, all within the District of Columbia.

5.     The Defendant owed a duty to Plaintiff, and to the public, to exercise due and reasonable care to see that its premises were safe and that they were free of hazards that could cause the Plaintiff harm or injury.

6.     Notwithstanding said duties the Defendant did fail to maintain the interior walkways, floors and steps of said premises; did fail to inspect the premises of said building for hazardous conditions; and operated said premises in such a manner as to allow a dangerous hazard, and/or

condition, to remain on the floor and areas where the public was invited; failed to warn said Plaintiff

of said dangerous condition, which Plaintiff could not have discovered prior to injury; and, the

Defendant was otherwise negligent and careless.

7.    That the Defendant Corporation is responsible for the negligence of its agents and/or

servants under the doctrine of Respondeat Superior.

8.    That as a direct result of the negligence and carelessness of the Defendant, the

Plaintiff fell sustaining serious, painful and permanent injury in and about her head, neck, body and

limbs, which rendered her sick, sore, lame and distressed.  She has and will in the future suffer great

physical pain and mental anguish; she has and will in the future be required to expend large sums of

money for medical care, treatment and related items; she has and will in the future lose substantial

time from her place of employment; she has and will in the future be unable to pursue her usual and

normal activities; and, she was otherwise injured and damaged.

WHEREFORE, the Plaintiff, VICTORIA MARGARITA TOLENTINO, demands judgement

against Defendant, TARGET CORPORATION, in the sum of Three Hundred and Fifty Thousand

Dollars ($350,000.00), plus interest and costs.

### JURY DEMAND

Plaintiff demands a trial by jury on all issues contained herein.

Respectfully submitted

By:    /s/
       William L. Kohler, Jr., Esq. #423966
       7307-B Hanover Parkway
       Greenbelt, MD  20770
       (301) 982-3100

WLK/jk
a:complain/10/29/18

# Superior Court of the District of Columbia

## CIVIL DIVISION - CIVIL ACTIONS BRANCH

### INFORMATION SHEET

VICTORIA MARGARITA TOLENTINO        Case Number: _____

           vs            Date: 10-29-18 _____

TARGET CORPORATION       ☐ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| *Name: (please print)* WILLIAM L. KOHLER, JR. | Relationship to Lawsuit ☒ Attorney for Plaintiff |
| Firm Name: SOSSLAU, KOHLER & SIMCOX | ☐ Self (Pro Se) |
| Telephone No.: 301-982-3100    Six digit Unified Bar No.: #423966 | Other: _____ |

TYPE OF CASE:   ☐ Non-Jury    ☒ 6 Person Jury    ☐ 12 Person Jury
Demand:$ _____    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar #: _____

---

**NATURE OF SUIT:** *(Check One Box Only)*

### A. CONTRACTS
☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 15 _____

☐ 07 Personal Property
☐ 09 Real Property-Real Estate
☐ 12 Specific Performance

**COLLECTION CASES**
☐ 14 Under $25,000 Pltf. Grants Consent
☐ 16 Under $25,000 Consent Denied
☐ 17 OVER $25,000

### B. PROPERTY TORTS
☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102(a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass
☐ 06 Traffic Adjudication

### C. PERSONAL TORTS
☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile-Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 09 Harassment
☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including wrongful death)
☐ 16 Negligence-(Not Automobile, Not Malpractice)

☒ 17 Personal Injury – (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

---

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/June 09

## INFORMATION SHEET, Continued

**C. OTHERS**

**I.**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 Insurance/Subrogation
  Under $25,000 Pltf.
  Grants Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ/Warrants
  DC Code § 11-941

- ☐ 10 T.R.O./Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award
  (D.C. Code § 16-4315)

- ☐ 25 Liens: Tax/Water Consent Granted
- ☐ 26 Insurance/Subrogation
  Under $25,000 Consent Denied
- ☐ 27 Insurance/Subrogation
  Over $25,000
- ☐ 28 Motion to Confirm Arbitration
  Award (Collection Cases Only)
- ☐ 26 Merit Personnel Act (OHR)
- ☐ 30 Liens: Tax/Water Consent Denied

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [D.C. Code §
  2-1802.03(h) or 32-1519(a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27 (a)(1)
  (Perpetuate Testimony)

_____        _____
Attorney's Signature                              Date

11-6-18



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

VICTORIA MARGARITA TOLENTINO
   Vs.                         C.A. No.     2018 CA 007874 B
TARGET CORPORATION

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge ELIZABETH WINGO
Date:  November 8, 2018
Initial Conference: 9:30 am, Friday, February 08, 2019
Location:  Courtroom 518
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief    Judge    Robert    E.    Morin

CAIO-60

# EXHIBIT B

## IN THE SUPERIOR COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **VICTORIA MARGARITA TOLENTINO,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | |
| | * | **Case No.:  2018 CA 007874 B** |
| **TARGET CORPORATION,** | * | |
| **Defendant.** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that a Notice of Removal of the above-captioned action from the Superior

Court of the District of Columbia to the United States District Court for the District of Columbia, a

copy of which is attached hereto as Exhibit A, was duly filed the 21st day of December, 2018, in the

United States District Court for the District of Columbia.

/s/ *Jonathan J. Huber*
Jonathan J. Huber
D.C. Bar No. 1014590
MILES & STOCKBRIDGE P.C.
1500 K Street NW
Suite 800
Washington, DC 20005
(202) 737-9600 (t)
(410) 385-3700 (f)
jhuber@milesstockbridge.com


Attorneys for Defendant,
Target Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on all counsel of record this 21st day of December, 2018 *via* CaseFileXpress.

*/s/ Jonathan J. Huber*
Jonathan J. Huber