# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTORIA MARGARITA TOLENTINO,** | * |
| | * |
| Plaintiff | Case No. 18-cv-03060 (JEB) |
| v. | * |
| **TARGET CORPORATION,** | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Plaintiff Victoria Margarita Tolentino and Defendant Target Corporation, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal of all of Plaintiff's claims against Target with prejudice. Each party shall bear its own costs and fees.

Respectfully submitted,

*/s/ Daniel R. Lanier*            */s/ Jonathan J. Huber*
Daniel R. Lanier            Jonathan J. Huber
Federal Bar No. MD04504            Federal Bar No. 1014590
MILES & STOCKBRIDGE P.C.            MILES & STOCKBRIDGE P.C.
100 Light Street            1201 Pennsylvania Ave., NW
Baltimore, Maryland 21202            Suite 900
(410) 727-6464 (t)            Washington, DC 20004
(410) 385-3700 (f)            (202) 465-8398 (telephone and facsimile)
dlanier@milesstockbridge.com            jhuber@milesstockbridge.com

*Attorneys for Defendant,*
*Target Corporation*

***/s/ William L. Kohler, Jr. (with permission)***
William L. Kohler, Jr.
Federal Bar No. 423966
7307-B Hanover Parkway
Greenbelt, Maryland 20770
301-982-3100 (t)
wkohler@skslaw.net

*Attorney for Plaintiff*